CLOSING

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

..................................................x
Norberto Vega, on behalf of himself and all others
similarly situated,

Civil Action No:
2:24-cv-9554

Plaintiff,

-v.-

Richard Loninger DPM, P.C.

Defendant,

..................................................x

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an

infant, incompetent person for whom a committee has been appointed or conservatee, and no

person not a party has an interest in the subject matter of the action, that this action is dismissed

with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure.

**Dated:** <u>May 28, 2025</u>

| For Plaintiff  Norberto Vega | For Defendant Richard Loninger DPM, P.C. |
|---|---|
| *s/Rami Salim* | *s/Michael K. Chong* |
| Rami Salim | Michael K. Chong |
| Stein Saks, PLLC | Law Offices of Michael K. Chong, LLC |
| One University Plaza | 2Executive Drive suite 240 |
| Hackensack, NJ 07601 | Fort Lee, NJ 07024 |
| Ph:  (201) 282-6500 | Ph:  (201) 947-5200 |
| rsalim@steinsakslegal.com | mkc@mkclawgroup.com |

1

SO ORDERED

    <u>*s/Madeline Cox Arleo*</u>
MADELINE COX ARLEO, U.S.D.J.

Date:  7/3/25